1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHAN AIR, INC., | ) Case No. CV 07-06204 RGK (FMOx) |
| Plaintiff, | ) **[PROPOSED] JUDGMENT IN FAVOR OF FEDERAL INSURANCE COMPANY, STARR AVIATION AGENCY, INC. AND ARLINGTON/ROE & COMPANY, INC.** |
| vs. | |
| FEDERAL INSURANCE COMPANY, et al., | |
| Defendants. | ) Judge: Hon. R. Gary Klausner |

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

226288.1  0555-15740

1  The motions for summary judgment of defendants, Federal Insurance Company ("Federal"), Starr Aviation Agency, Inc. ("Starr Aviation") and Arlington/Roe & Company, Inc. ("Arlington/Roe"), were fully considered, and orders granting said motions were duly issued on December 22, 2008.

Based thereupon, IT IS HEREBY ORDERED AND ADJUDGED that:

(1) Plaintiffs take nothing as respects their counts against Federal, the action is dismissed on the merits as to Federal, and Federal shall recover its costs from plaintiffs.

(2) Plaintiffs take nothing as respects their counts against Starr Aviation, the action is dismissed on the merits as to Starr Aviation, and Starr Aviation shall recover its costs from plaintiffs.

(3) Plaintiffs take nothing as respects their counts against Arlington/Roe, the action is dismissed on the merits as to Arlington/Roe, and Arlington/Roe shall recover its costs from plaintiffs.

Dated: February 3, 2009   _____
R. Gary Klausner
United States District Judge